AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSE FRANCISCO GARCIA,           )
        *Plaintiff*               )
         v.              )     Civil Action No.   13-CV-5100-JPH
                  )
                  )
YAKIMA COUNTY,             
        *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   THOMAS O. RICE _____ on a Report and
   Recommendation (ECF No. 12).

Date:   December 18, 2013 _____

                         *CLERK OF COURT*

                         SEAN F. McAVOY

                         s/ Linda L. Hansen _____
                              *(By) Deputy Clerk*

                         Linda L. Hansen